JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0910
   FAX: (408) 535-5066
   Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00747 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE FROM JULY 8, 2010 TO JULY 29, 2010 |
| v. | ) | |
| LUIS MIGUEL MARTINEZ-VALENCIA and JAVIER ORTEGA-LEON, | ) | |
| Defendants. | ) | Date: July 8, 2010<br>Time: 9:00 a.m.<br>Court: The Hon. Jeremy Fogel |

    On June 17, 2010, this Court set a date of July 8, 2010 for a further status conference in the above-captioned matter and excluded time through that date. Although the parties are actively working on a potential disposition, they do not anticipate reaching a resolution by July 8, 2010. Further, government counsel will be unavailable on the scheduled date. In addition, the parties are engaging in further investigation in order to facilitate disposition of this matter. Accordingly, the parties jointly request to continue and reset the status conference for July 29, 2010 at 9:00 a.m. The parties agree that time between July 8, 2010 through July 29, 2010 is properly excluded

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 07-00747 JF]

pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) for continuity of counsel and in the interests of justice.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 24, 2010                    \s\
                                        ALLISON MARSTON DANNER
                                        Assistant United States Attorney

DATED: June 24, 2010                    \s\
                                        LEO C. CUNNINGHAM
                                        Attorney for JAVIER ORTEGA-LEON

DATED: June 24, 2010                    \s\
                                        ALLEN H. SCHWARTZ
                                        Attorney for LUIS MIGUEL MARTINEZ-VALENCIA

   For the foregoing reasons, the Court continues the status conference in this case from July 8, 2010 until July 29, 2010 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. §§ 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from July 8, 2010 through July 29, 2010.

SO ORDERED.

DATED: 6/29/10                          _____
                                        JEREMY FOGEL
                                        United States District Court Judge