MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-0910
  FAX: (408) 535-5066
  Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00747 JF |
| --- | --- | --- |
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL SETTING DATE FROM SEPTEMBER 2, 2010 TO SEPTEMBER 16, 2010 |
| v. | ) | |
| LUIS MIGUEL MARTINEZ-VALENCIA, | ) | |
|     Defendant. | ) | Date: September 16, 2010<br>Time: 9:00 a.m.<br>Court: The Hon. Jeremy Fogel |

    On August 12, 2010, this Court set a date of September 2, 2010 for trial setting in the above-captioned matter and excluded time through that date.  Although the parties are actively working on a potential disposition, they do not anticipate reaching a resolution prior to September 2, 2010.  In addition, the parties are engaging in further investigation in order to facilitate disposition of this matter.  Accordingly, the parties jointly request to continue and reset the trial setting date to September 16, 2010 at 9:00 a.m.  The parties agree that time between September 2, 2010 through September 16, 2010 is properly excluded pursuant to the Speedy Trial Act, Title

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 07-00747 JF]

1   18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

3   SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

7   DATED: August 31, 2010                \s\
                                                ALLISON MARSTON DANNER
                                                Assistant United States Attorney

DATED: August 31, 2010                \s\
                                                ALLEN H. SCHWARTZ
                                                Attorney for LUIS MIGUEL MARTINEZ-VALENCIA

    For the foregoing reasons, the Court continues the trial setting date in this case from September 2, 2010 until September 16, 2010 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. §§ 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from September 2, 2010 until September 16, 2010.

SO ORDERED.

DATED: 9/1/10                                                          
                                                JEREMY FOGEL
                                                United States District Court Judge